ORIGINAL

FILED

03/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0713

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0713

FRANK MASCARENA,

Petitioner,

v.

MONTANA STATE HOSPITAL,
CARTER ANDERSON,
Interim Administrator,

Respondents.

ORDER

FILED

MAR 07 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Frank Mascarena has filed a Petition for Rehearing of this Court's January 3, 2023 Order denying and dismissing his petition for a writ of habeas corpus. Mascarena also filed a Motion to Introduce Evidence. We amend the caption to include the Interim Administrator's name. Section 46-22-201(1)(c), MCA.

Relevant to Mascarena's Petition, M. R. App. P. 20(1) provides that this Court "will consider a petition for rehearing presented only upon the . . . grounds . . . [t]hat it overlooked some fact material to the decision[,] . . . or [t]hat its decision conflicts with a statute or controlling decision not addressed by the supreme court." M. R. App. P. 20(1)(a)(i) and (iii). "Absent clearly demonstrated exceptional circumstances, the supreme court will not grant petitions for rehearing of its orders disposing of motions or petitions for extraordinary writs." M. R. App. P. 20(1)(d).

Mascarena has not demonstrated that he is entitled to rehearing. He brings forth the same issues, such as disqualification and bail, as his original petition while also challenging the prosecution of the underlying criminal cases. He points out that he has five pending criminal cases in the Yellowstone County District Court, and he requests that the two older cases be expunged. Mascarena attempts to litigate or to challenge alleged errors in his criminal proceedings.

Mascarena has not provided a basis to warrant rehearing. As stated before, Mascarena may appeal any conviction and sentence after the District Court issues its Judgments. Accordingly,

IT IS ORDERED that Mascarena's "Writ Petition for Rehearing" as well as his Motion to Introduce Evidence are DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Rod Souza, District Court Judge; Terry Halpin, Clerk of District Court, under Cause Nos. DC-19-1575, DC-21-0671, DC-22-099, DC-22-100, and DC-22-602; Benjamin Langford, Yellowstone County Deputy Attorney; Matthew Claus, Defense Counsel; counsel of record; Carter Anderson, Interim Administrator, Montana State Hospital, along with a copy of Mascarena's Petition; and Frank Mascarena personally.

DATED this 7 day of March, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2